# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| HIGINIO CAUSSE BARRERA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 71944 |
| HIGINIO CAUSSE BARRERA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 72064 |
| HIGINIO CAUSSE BARRERA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 72065 |
| HIGINIO CAUSSE BARRERA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 72066 |

FILED

FEB 2 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

On December 12, 2016, and December 23, 2016, appellant filed the notices of appeal. No appealable orders were designated in the notices

17-05892

of appeal. Because appellant failed to designate an appealable order, we lack jurisdiction over these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Jennifer P. Togliatti, District Judge
Higinio Causse Barrera
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk